IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JAMAINE GRANT,
        Plaintiff,

v.                                        **Judgment in a Civil Case**

CUMBERLAND COUNTY DETENTION CENTER,
        Defendant.                       Case Number: 5:22-CT-3030-FL

**Decision by Court.**

Pursuant to order filed December 6, 2022, the Honorable Louise Wood Flanagan, United States District Judge, directed that in the event of no response from plaintiff to said order, the clerk shall, without further order of the court, terminate all pending motions as moot and enter judgment dismissing the action without prejudice for failure to prosecute.

Plaintiff failed to respond within the time period prescribed, and the undersigned proceeds as directed by the court.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on January 12, 2023, with service on:

Jamaine Grant, #24928                         (via U.S. Mail)
Cumberland County Detention Center
204 Gillespie Street
Fayetteville, NC 28301

January 12, 2023                                 Peter A. Moore, Jr.
                                                        Clerk of Court

                                                      By: /s/ Stephanie Mann
                                                          Deputy Clerk